UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   **CV 22-284 MWF (PVCx)**                                              Date: April 22, 2022

Title   **Transamerica Life Insurance Company v. James Richards, et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on January 13, 2022.  (Docket Nos. 1 and 2).  On April 1, 2022, Plaintiff filed a First Amended Complaint ("FAC").  (Docket No. 29).  The FAC did not add new parties.  Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the FAC expired on April 13, 2022.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **MAY 6, 2022**.

- ∎ BY PLAINTIFF:  PROOF OF SERVICE of Summons and FAC on Defendants.

    AND/OR

- ∎ BY DEFENDANTS:  RESPONSES TO THE FAC.

    OR

- ∎ BY PLAINTIFF:  APPLICATIONS FOR CLERK TO ENTER DEFAULT.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-284 MWF (PVCx)**                                  Date:  April 22, 2022

Title         **Transamerica Life Insurance Company v. James Richards, et al.**

submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause by **May 6, 2022** will result in the dismissal of this action.

    IT IS SO ORDERED.

Initials of Preparer:  RS/sjm